# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HOPE JACKSON, | ) | CASE NO. 5:21-CV-02409-CAB |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | OPINION AND ORDER |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On December 27, 2021, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (Doc. 1). The Court referred this matter to Magistrate Judge Carmen E. Henderson pursuant to Local Rule 72.2. On October 14, 2022, the Magistrate Judge recommended vacating the Commissioner's final decision and remanding for further consideration consistent with the Magistrate Judge's Recommendation. (Doc. 16). On October 27, 2022, Defendant filed a Response to the Report and Recommendation stating that she will not be objecting. (Doc. 17).

Therefore, Magistrate Judge Carmen E. Henderson's Report and Recommendation is **ADOPTED**, the Commissioner's final decision is **VACATED** and the case is **REMANDED**, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

/s Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: November 18, 2022**